**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1163**

---

ANTOINE EL BEY, a/k/a Antoine Lamont Jones,

    Petitioner - Appellant,

  v.

JEFFREY EINHAUS, Commonwealth of VA; ZACHARY LIVESAY, Commonwealth of VA; MURIEL-THERESA PITNEY; WILLIAM BASIL TSIMPRIS, Supreme Court of VA Clerk; LINDA G. MOORE, Chesterfield General District Clerk; HARRISON HANKINS, Chesterfield Police Department Policeman; MUFEED SAID, Counsel; PAUL CHRISTOPHER GALANIDES, Counsel; BRIAN PAUL, Virginia Department of Treasury Risk Management Director; GLEN STURTEVANT, Senator; MIKE CHERRY, Delegate,

    Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Roderick Charles Young, District Judge. (3:24-cv-00886-RCY)

---

Submitted: August 21, 2025         Decided: August 25, 2025

---

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Antoine El Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine El Bey appeals the district court's order denying his motion for reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *El Bey v. Einhaus*, No. 3:24-cv-00886-RCY (E.D. Va. Jan. 29, 2025). We also deny El Bey's motion to amend the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*